| Fill in this information to identify the case: | |
|---|---|
| Debtor name | 5 T Farms, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF ARKANSAS |
| Case number (if known) | 3:18-bk-14268 |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor        Current value of debtor's interest

2. **Cash on hand**                                                                               $0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
   Name of institution (bank or brokerage firm)   Type of account   Last 4 digits of account number

   | 3.1. | Integrety First | Checking | 8752 | $7,700.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                           $7,700.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   | 7.1. | Deposit to Clay County Electric for chicken houses. | | | $7,000.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Debtor **5 T Farms, LLC**                                    Case number *(If known)* **3:18-bk-14268**
Name

| | | |
|---|---|---|
| 9. | **Total of Part 2.** | **$7,000.00** |
| | Add lines 7 through 8. Copy the total to line 81. | |

### Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| | | |
|---|---|---|
| 12. | **Total of Part 3.** | **$0.00** |
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | |

### Part 4: Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Chicken litter from 261,000 chickens. | July 23, 2018 | $2,100.00 | Comparable sale | $2,100.00 |
| | Plumbing supplies and fan and feed motors. | July 23, 2018 | $4,500.00 | Recent cost | $4,500.00 |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** | **$6,600.00** |
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

| Debtor | **5 T Farms, LLC** | Case number *(If known)* **3:18-bk-14268** |
|---|---|---|
| | Name | |

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☐ No.  Go to Part 7.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | **Crops-either planted or harvested** | | | |
| 29. | **Farm animals** *Examples: Livestock, poultry, farm-raised fish* <br> **64 head of cattle** | **$60,000.00** | **Comparable sale** | **$60,000.00** |
| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* <br> **Kubota Tractor** | **$38,000.00** | **Appraisal** | **$38,000.00** |
| | **Decaker** | **$17,000.00** | **N/A** | **$15,055.06** |
| | **Box Blade (1000.00); Bulk Cattle Feeder (500.00) (x2); other misc items (5500.00)** | **$7,500.00** | **N/A** | **$7,500.00** |
| 31. | **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. | **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**                                                                                                     **$120,555.06**
    Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
    ■ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____   Valuation method _____   Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ■ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ■ No.  Go to Part 8.

| Debtor | **5 T Farms, LLC** | Case number *(If known)* **3:18-bk-14268** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **40 Acres with 4 chicken houses, 1 hay shed, 30 X 40 Shop Building, composed shed** | | $1,416,666.80 | Appraisal | $1,750,000.00 |
| 55.2. | **80 Acres with 6 chicken houses with a 2 bedroom farmhouse.** | | $2,833,333.60 | Appraisal | $2,833,333.60 |

| 56. | **Total of Part 9.** | $4,583,333.60 |
|---|---|---|
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

Official Form 206A/B            Schedule A/B Assets - Real and Personal Property            page 4

| Debtor | **5 T Farms, LLC** | Case number *(If known)* **3:18-bk-14268** |
|---|---|---|
| | Name | |

■ No. Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | 5 T Farms, LLC | Case number *(If known)* **3:18-bk-14268** |
|---|---|---|
| | *Name* | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---:|---:|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,700.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,000.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $6,600.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $120,555.06 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.........>* | | $4,583,333.60 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $141,855.06 + 91b. | $4,583,333.60 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,725,188.66 |

**Fill in this information to identify the case:**

Debtor name: **5 T Farms, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF ARKANSAS**

Case number (if known): **3:18-bk-14268**

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **First National Bank Pocahontas**<br>Creditor's Name<br>**1755 US-62**<br>**Pocahontas, AR 72455**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**5/01/2015**<br>Last 4 digits of account number<br>**7460**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Kubota Tractor**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,435.31 | $38,000.00 |
| **2.2** **First National Bank Pocahontas**<br>Creditor's Name<br>**1755 US-62**<br>**Pocahontas, AR 72455**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>**11/13/2015**<br>Last 4 digits of account number<br>**7461**<br>Do multiple creditors have an interest in the same property? | Describe debtor's property that is subject to a lien<br>**Originally secured by 13 head of cattle and their offspring.**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply | $18,078.07 | $60,000.00 |

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 4

| Debtor | **5 T Farms, LLC** | Case number (if know) | **3:18-bk-14268** |
|---|---|---|---|
| | Name | | |

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First National Bank Pocahontas**
**2. First National Bank Pocahontas**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **First National Bank Pocahontas**
Creditor's Name

**1755 US-62**
**Pocahontas, AR 72455**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/10/2016**
**Last 4 digits of account number**
**7462**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Decaker**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,055.06   $15,055.06

---

**2.4** **First National Bank Pocahontas**
Creditor's Name

**1755 US-62**
**Pocahontas, AR 72455**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**4/13/2016**
**Last 4 digits of account number**
**7463**
**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**Describe debtor's property that is subject to a lien**
**Originally secured by 30 head of cattle and their offspring.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$51,501.90   $60,000.00

---

**2.5** **Live Oak Banking Company**
Creditor's Name

**1741 Tiburon Drive**
**Wilmington, NC 28403**

**Describe debtor's property that is subject to a lien**
**40 acres with 4 chicken houses at 355 Casebier Road, Imboden, AR 72434**

$1,729,140.46   $967,825.00

---

| Debtor | **5 T Farms, LLC** | Case number (if know) | **3:18-bk-14268** |
|---|---|---|---|
| | Name | | |

Creditor's mailing address

**Describe the lien**
**Fee Simple**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3982**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Live Oak Banking Company** | **Describe debtor's property that is subject to a lien** | $2,268,694.80 | $1,200,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **46 Casebrier Road with 6 Chicken Houses on 80 acres.** | | |

**1741 Tiburon Drive**
**Wilmington, NC 28403**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**2682**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Sheffield Financial, LLC** | **Describe debtor's property that is subject to a lien** | $7,522.00 | $7,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Zero Turn Lawn Mower** | | |

**Branch Banking & Trust Co. (B**
**Attn: Bankruptcy Section/100-5**
**P O Box 1847**
**Wilson, NC 27894-9965**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**

**Last 4 digits of account number**
**6349**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 4

| Debtor | **5 T Farms, LLC** | Case number (if know) | **3:18-bk-14268** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  $4,122,427.60

### Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name: **5 T Farms, LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF ARKANSAS**

Case number (if known): **3:18-bk-14268**

■ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     |     | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
**Randolph County Tax Assessor**
**107 W Broadway St**
**Pocahontas, AR 72455**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: **$12,000.00**
Priority amount: **$12,000.00**

Date or dates debt was incurred **2017**

Basis for the claim: **Real Property Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**
Nonpriority creditor's name and mailing address
**MFA Oil Company**
**Credit Department**
**P.O. Box 519**
**Columbia, MO 65205**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$63,285.24**

Date(s) debt was incurred __
Last 4 digits of account number **1100**

Basis for the claim: **Deisel and Propane**

Is the claim subject to offset?  ■ No  ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

Official Form 206E/F           Schedule E/F: Creditors Who Have Unsecured Claims           page 1 of 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           28609           Best Case Bankruptcy

Debtor    **5 T Farms, LLC**                                                    Case number (if known)    **3:18-bk-14268**
         Name

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---:|
| **5a. Total claims from Part 1** | 5a.    $ | **12,000.00** |
| **5b. Total claims from Part 2** | 5b.  + $ | **63,285.24** |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c.    $ | **75,285.24** |

# United States Bankruptcy Court
## Eastern District of Arkansas

In re  **5 T Farms, LLC**  
Debtor(s)

Case No.  **3:18-bk-14268**  
Chapter  **12**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1) - AMENDED

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **5 T Farms, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Darrin D. Thomason**  
**653 Squirrel Rd**  
**Imboden, AR 72434**

**Roseann Thomason**  
**653 Squirrel Rd**  
**Imboden, AR 72434**

☐ None [*Check if applicable*]

**November 2, 2018**  
Date

**/s/ Joel G. Hargis**  
**Joel G. Hargis 2004007**  
Signature of Attorney or Litigant  
Counsel for  **5 T Farms, LLC**  
**Caddell Reynolds Law Firm**  
**PO Box 184**  
**Fort Smith, AR 72902-0184**  
**479-782-5297 Fax:479-782-5284**  
**jhargis@justicetoday.com**